[Nos. 45574-9-II; 45710-5-II.    Division Two.    November 3, 2015.]

ALEXANDRINA VAN GINNEKEN, *Respondent*, v. MARINUS VAN GINNEKEN, *Appellant*.

*In the Matter of the Marriage of* MARINUS VAN GINNEKEN, *Petitioner*, and ALEXANDRINA VAN GINNEKEN, *Respondent*.

Appeals from a judgment of the Superior Court for Lewis County, No. 12-2-01220-1, Nelson E. Hunt, J., entered October 28, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 45666-4-II.    Division Two.    November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTGOMERY F. MCCLEERY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00195-3, Gordon Godfrey, J., entered October 28, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.

[No. 46229-0-II.    Division Two.    November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN A. PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00013-8, Toni A. Sheldon, J., entered May 12, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.